No. 39,171

THE STATE OF KANSAS, ex rel., LETA MAY WILSON, *Appellant*, v. ROBERT HOLSMAN, *Appellee.*

(264 P. 2d 919)

Order filed December 12, 1953.

*Robert Osborn*, county attorney, of Stockton, argued the cause, and *Harold R. Fatzer*, attorney general, and *Paul E. Wilson*, assistant attorney general, were with him on the briefs for the appellant.

*D. A. Hindman*, of Stockton, argued the cause, and *Stanley Krysl*, of Stockton, was with him on the briefs for the appellee.

ORDER

Inasmuch as one of the justices is legally disqualified to participate in an opinion involving the issues raised on appeal in this action, and the remaining six justices are equally divided in opinion, it is ordered that the judgment of the trial court must stand.